NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000230
29-JUN-2011
08:40 AM**

NO. CAAP-10-0000230

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FINANCE FACTORS, LTD.,
Plaintiff-Appellee,

v.

JERRY BATUGO AGBANNAOAG,
MERLITA TASANI AGBANNAOAG, EUSEBIO TASANI,
COSMEDIN TASANI, SEVERINO AGBANNAOAG, and CONCHITA AGBANNAOAG,
Defendants-Appellants,

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0244(2))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendants-Appellants Jerry Batugo Agbannaoag and Merlita Tasani Agbannaoag, Eusebio Tasani, Cosmedin Tasani, Severino Agbannaoag, and Conchita Agbannaoag, (Appellants), filed a notice of appeal on December 20, 2010; (2) on February 18, 2011, the appellate clerk filed the record on appeal and provided notice to Appellants that the jurisdictional statement was due on

February 28, 2011 and the opening brief was due on March 30, 2011; (3) Appellants did not file the jurisdictional statement; (4) on March 29, 2011, Appellants obtained an extension of time to April 29, 2011 to file the opening brief; (5) they did not file the opening brief; (6) on June 8, 2011, the appellate clerk provided notice to Appellants that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on June 15, 2011; and (c) the appeal may be dismissed pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 30; and (7) Appellants did not file the jurisdictional statement and the opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawaiʻi, June 29, 2011.

Chief Judge

Associate Judge

Associate Judge